

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,393-02

### IN RE JUSTIN GLEN McTIER, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 1126387-B IN THE 337TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator contends that he filed an application for a writ of habeas corpus in the 337th District Court of Harris County, the District Court entered an order designating issues on October 30, 2017, more than 180 days have passed since the date the State received the application, and the application has not yet been forwarded to this Court.

Respondent, the Judge of the 337th District Court of Harris County, shall file a response with this Court by having the District Clerk submit the record on such habeas corpus application. In the alternative, Respondent may resolve the issues set out in the order designating issues and then have

the District Clerk submit the record on such application.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.

Filed: June 5, 2019
Do not publish